UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-25400-CIV-MORENO

ISABEL GUTIERREZ,

    Plaintiff,

vs.

FLORIDA ADVERTISING AND
MARKETING CORP., d/b/a
BOOKHOTELSTAYS,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 38)**, filed on **October 28, 2019**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 31 of October 2019.

_____
ROBERT N. SCOLA, JR. for:
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record